UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VICTOR VICTORIO,

Petitioner,

v.

WARDEN, FCI LOMPOC,

Respondent.

Case No. 2:25-cv-09481-AH-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, Petitioner's Response, the records on file, the Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections. Further, the Court has engaged in a *de novo* review of the portions of the Report to which Petitioner has objected. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice.

DATED: SEPTEMBER 4, 2026

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE