JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VICTORIO,<br>Petitioner,<br>v.<br>WARDEN, FCI LOMPOC,<br>Respondent. | Case No. 2:25-cv-09481-AH-PD<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: SEPTEMBER 4, 2026

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE